# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SARAH SIGMON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:14-CV-00558-DW |
| REAL TIME RESOLUTIONS, INC., | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

On June 5, 2015, Defendant Real Time Resolutions, Inc. served its First Set of Interrogatories to Plaintiff Sigmon and its First Request for Production of Documents to Sarah Sigmon via electronic mail, in PDF and Word format, on counsel for Plaintiff addressed as follows:

Larry A. Pittman, II
CONSUMER LAW CENTER OF KANSAS CITY LLC
700 E. 8th St., Suite 300
Kansas City, Missouri 64106
lpittman@clckc.com

Terry L. Lawson, Jr.
Steven A. Shepherd
LAWSON LAW CENTER
700 E. 8th St., Suite 300
Kansas City, Missouri 64106
terry@llckc.com
steve@llckc.com

WA 7017446.1

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Kersten L. Holzhueter
| | |
|---|---|
| Leslie A. Greathouse | MO# 48431 |
| Kersten L. Holzhueter | MO# 62962 |

1000 Walnut St., Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216
lgreathouse@spencerfane.com
kholzhueter@spencerfane.com

Attorneys for Defendant Real Time Resolutions, Inc.

# CERTIFICATE OF SERVICE

On June 8, 2015, this filing was served on the attorneys of record for every party to this action by the notice that the Court's Case Management/ Electronic Case Filing system generated.

 /s/ Kersten L. Holzhueter
Attorney for Real Time Resolutions, Inc.