UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **SARAH SIGMON**<br><br>        Plaintiff,<br><br>v.<br><br><br>**REAL TIME RESOLUTIONS, INC.,**<br><br>        Defendant. | **Case No. 4:14-cv-00558-DW** |

## NOTICE OF MEDIATOR DESIGNATION

PLEASE TAKE NOTICE that the parties have jointly agreed that Phil Miller of Kansas City Mediation Services, LC, 5401 Brookside Blvd., Kansas City, Missouri 64112, Telephone (816) 333-5477, Facsimile (816) 333-5047, will conduct the mediation in the above-captioned case on July 27, 2015. The mediation will be held at the offices of Spencer Fane Britt & Browne LLC beginning at 9:00 a.m.

Respectfully submitted,

| **SPENCER FANE BRITT & BROWNE LLP** | **CONSUMER LAW CENTER OF KANSAS CITY LLC** |
|---|---|
| */s/   Kersten L. Holzhueter* | */s/   Larry A. Pittman, II* |
| | Larry A. Pittman, II MO #55146 |
| Leslie A. Greathouse MO #48431 | 700 E. 8th St., Suite 300 |
| Kersten L. Holzhueter MO #62962 | Kansas City, Missouri 64106 |
| 1000 Walnut, Ste. 1400 | (816) 581-3900 |
| Kansas City, Missouri 64106 | (816) 581-3909 fax |
| (816) 474-8100 | lpittman@clckc.com |
| (816) 474-3216 fax | |
| lgreathouse@spencerfane.com | **Lawson Law Center** |
| kholzhueter@spencerfane.com | Terry L. Lawson, Jr. MO #53203 |
| ATTORNEYS FOR DEFENDANT | Steven A. Shepherd MO #66222 |
| | 700 E. 8th St., Suite 300 |
| | Kansas City, Missouri 64106 |
| | (816) 802-6677 / (816) 802-6678 fax |
| | terry@llckc.com / steve@llckc.com |
| | ATTORNEYS FOR PLAINTIFF |

## NOTIFICATION OF SERVICE

      I hereby certify that the foregoing Notice of Mediator Designation was electronically filed with the Court and an electronic notice was sent via CM/ECF to all parties of record on this 11th day of June, 2015, to:

| | |
|---|---|
| Leslie A. Greathouse<br>Kersten L. Holzhueter<br>1000 Walnut, Ste. 1400<br>Kansas City, Missouri 64106<br><br>ATTORNEYS FOR DEFENDANT | Larry A. Pittman, II<br>700 E. 8th St., Suite 300<br>Kansas City, Missouri 64106<br><br>and<br><br>Terry L. Lawson, Jr.<br>Steven A. Shepherd<br>700 E. 8th St., Suite 300<br>Kansas City, Missouri 64106<br><br>ATTORNEYS FOR PLAINTIFF |

    /s/   Larry A. Pittman, II
ATTORNEY FOR PLAINTIFF